UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KRISTIAN CAMPBELL, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 4:14CV1564 RLW |
| | ) |
| 14051 MANCHESTER, INC. d/b/a | ) |
| HOTSHOTS SPORTS BAR & GRILL, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on the Motion to Withdraw as Counsel for Plaintiff Lauren Sutton filed by the Riggan Law Firm, LLC and Dashtaki Law Firm, LLC (ECF No. 14). On December 18, 2014, this Court held a hearing on the motion. The Court notified Plaintiff, Lauren Sutton, of the hearing via postal mail and email, but she failed to appear.

Pursuant to the motion filed by Plaintiffs' counsel, as well as counsel's oral testimony presented during the hearing, the Court is satisfied that withdrawal of counsel with regard to Ms. Sutton is warranted. Since July 2014, counsel has attempted numerous times via phone, email, text message, and postal mail to communicate with Ms. Sutton. However, she has not responded in any way, despite the fact that she provided counsel with her address and phone information when the Petition was originally filed in state court. Because this suit involves multiple Plaintiffs and because counsel has represented to the Court that Ms. Sutton's failure to communicate has hampered discovery and potential settlement, the Court will grant the Motion to Withdraw. Ms. Sutton will remain a Plaintiff in the case but continue as a *pro se* party.

Accordingly,

**IT IS HEREBY ORDERED** that the Motion to Withdraw as Counsel for Plaintiff Lauren Sutton filed by the Riggan Law Firm, LLC and Dashtaki Law Firm, LLC (ECF No. 14) is **GRANTED.**

Dated this 18th day of December, 2014.

*Ronnie L. White*
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE